**STATE of Missouri, Respondent,**

v.

**Cornelius DUPREE, Appellant.**

**No. ED 84292.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 12, 2005.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ronald S. Ribaudo, Jefferson City, MO, for Respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

### *ORDER*

PER CURIAM.

Cornelius Dupree appeals the judgment entered upon a jury verdict finding him guilty of murder in the first degree and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the rea-

sons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).